M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:  650.618.4360
Facsimile:  650.618.4368

Attorneys for Uniloc 2017 LLC

CHASE A. SCOLNICK (SBN 227631)
cscolnick@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone: (949) 476-8700
Facsimile: (949) 476-0900

JUANITA R. BROOKS (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Microsoft Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>            Plaintiff,<br>    v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | CASE NO. 8:18-CV-02053-AG-JDE<br>CASE NO. 8:18-CV-02054-AG-JDE<br>CASE NO. 8:18-CV-02224-AG-JDE<br>CASE NO. 8:19-CV-00158-AG-JDE<br>CASE NO. 8:19-CV-00196-AG-JDE<br>CASE NO. 8:19-CV-00428-AG-JDE<br>CASE NO. 8:19-CV-00477-AG-JDE<br><br>**JOINT REPORT REGARDING PROPOSED SCHEDULE**<br><br>Scheduling Conference:<br>March 25, 2019 9:00 a.m.<br><br>Hon. Andrew J. Guilford |

Pursuant to the Court's Order dated March 25, 2019 (Dkt. No. 44), Plaintiff Uniloc 2017 LLC, ("Uniloc") and Defendant Microsoft Corporation ("Microsoft"), (collectively referred to as the "Parties") hereby submit this Joint Report regarding the Parties' proposed schedule. The Parties respectfully request, subject to the Court's approval, that the schedule attached hereto as **Exhibit A** be entered for all the consolidated cases currently pending before the Court.

Dated: April 1, 2019

/s/     *M. Elizabeth Day*
Attorneys for Plaintiff

Dated: April 1, 2019

/s/     *Aamir Kazi*
Attorneys for Defendant

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

/s/     *M. Elizabeth Day*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system. As such, the foregoing document was served on all counsel who have consented to electronic service pursuant to Local Civil Rule 5-3.2.1.

April 1, 2019                                             */s/     M. Elizabeth Day*